UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
SANDY S. AGUILAR,

                            Plaintiff,                          ORDER

                                                                 1:24-cv-01156-GRJ

       v.

COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
-------------------------------------------------------
GARY R. JONES, United States Magistrate Judge:

      Pending before the Court is the Stipulation and Order, filed by the parties. (Docket No. 23.)  The parties stipulate and agree that the Commissioner's decision should be remanded to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings. Upon remand the Commissioner will instruct the administrative law judge to consider, among other things, whether Plaintiff can perform work existing in significant numbers in the national economy, and if warranted, obtain additional vocational expert evidence; offer Plaintiff the opportunity for another hearing; take further action to complete the administrative record resolving the above issue; consider all

1

the evidence in accordance with the applicable regulations and rules; and issue a new decision.

Accordingly, the Stipulation is approved. This case is REMANDED to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings. The Clerk is directed to terminate Plaintiff's Motion for Judgment on the Pleadings (Docket No. 19), enter final judgment, and then close the file.

Dated: September 28, 2024                    SO ORDERED:

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge