**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SANDY S. AGUILAR,

                Plaintiff,                24 **CIVIL** 1156 (GRJ)

      -v-                           <u>**JUDGMENT**</u>

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 28, 2024, the Stipulation is approved. This case is REMANDED to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

**Dated:** New York, New York
           October 31, 2024

                                                  **DANIEL ORTIZ**
                                            **Acting Clerk of Court**

                      **BY:**

                                            **Deputy Clerk**